**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **JOSE GARIBAY-CANELA,** ) | |
| ) | |
| **Plaintiff,** ) | **Case  No. CV 09-4332 AJW** |
| ) | |
| **v.** ) | |
| ) | **J U D G M E N T** |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

    **IT IS ADJUDGED** that defendant's decision is reversed, and this case is remanded to defendant for further administrative proceedings consistent with the Memorandum of Decision filed concurrently herewith.

November 8, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge